[Nos. 30652-9-I; 31252-9-I.    Division One.    May 9, 1994.]

DOROTHY RUSSELL, *Appellant*, v. MICROSOFT
CORPORATION, ET AL, *Respondents*.

Appeals from a judgment of the Superior Court for King
County, No. 90-2-09843-5, Robert S. Lasnik, J., entered
March 10, 1992. *Affirmed in part* and *reversed in part* by un-
published opinion per Baker, J., concurred in by Pekelis,
A.C.J., and Coleman, J.

[No. 32767-4-I.    Division One.    May 9, 1994.]

WEST FAMILY LIMITED PARTNERSHIP, ET AL, *Appellants*,
v. SNOHOMISH COUNTY, ET AL, *Respondents*..

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 92-2-00816-3, Gerald L. Knight, J., en-
tered April 14, 1993. *Affirmed* by unpublished opinion per
Scholfield, J., concurred in by Webster, C.J., and Grosse, J.

[No. 30160-8-I.    Division One.    May 9, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DESHON
GREGORY CORSEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-04366-0, Liem E. Tuai, J., entered January
25, 1994. *Affirmed* by unpublished opinion per Webster, C.J.,
concurred in by Coleman and Grosse, JJ.

[No. 30472-1-I.    Division One.    May 9, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ROMERO G.
GONZALEZ, *Defendant*, JOSE FLORENTINO PACHECO,
*Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 90-1-00599-5, Michael F. Moynihan, J.,
entered September 14, 1992. *Dismissed* by unpublished per
curiam opinion.